STEPHENS *v.* FITZGERALD *et al.*

RUSSELL, C. J. The exercise of the discretion of the judge in granting or refusing a temporary injunction upon interlocutory hearing will not be controlled, unless it is manifest that there has been an abuse of discretion. *Judgment affirmed. All the Justices concur.*

No. 4705. FEBRUARY 19, 1926.

Petition for injunction. Before Judge Hutcheson. Clayton superior court. December 17, 1924.

*O. J. Coogler* and *J. K. Jordan,* for plaintiff.

*Mundy & Wright,* for defendants.

---

Appeal and Error 4 C. J. p. 803, n. 87.